Jonathan W. Fountain
Nevada Bar No. 10351
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: jfountain@lrrc.com
E-mail: mzhong@lrrc.com

William R. Trueba, Jr.
(Admitted *pro hac vice*)
Florida Bar No. 117544
Jorge Espinosa
(Admitted *pro hac vice*)
Florida Bar No. 779032
ESPINOSA | TRUEBA, P.L.
1428 Brickell Ave., Suite 100
Miami, FL 33131
Tel: 305-854-0900
E-mail: wtrueba@etlaw.com
E-mail: jespinosa@etlaw.com

*Attorneys for Plaintiff BTG Patent Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BTG Patent Holdings, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Bag2Go, GmbH, a German corporation, and Jan Reh, an individual,<br><br>　　　　Defendants. | Case No. 2:15-cv-01736-KJD-(CWH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

-1-

2010983827_1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff BTG Holdings LLC and Defendants Jan Reh and Rimowa Electronic Tag GmbH (formerly Bag2Go GmbH) hereby stipulate that the claims in this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | FOX ROTHSCHILD LLP |
| By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain<br>Nevada Bar No. 10351<br>Meng Zhong<br>Nevada Bar No. 12145<br>3993 Howard Hughes Pkwy., #600<br>Las Vegas, NV  89169<br>Tel:  702-949-8200<br>E-mail: jfountain@lrrc.com<br>E-mail: mzhong@lrrc.com | By: /s/ Tara H. Popova<br>Mark J. Connot<br>Nevada Bar No. 10010<br>Tara H. Popova<br>Nevada Bar No. 12069<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV  89135<br>Tel:  702-262-6899<br>E-mail: mconnot@foxrothschild.com<br>E-mail: tpopova@foxrothschild.com |
| William R. Trueba, Jr.<br>(Admitted *pro hac vice*)<br>Florida Bar No. 117544<br>Jorge Espinosa<br>(Admitted *pro hac vice*)<br>Florida Bar No.  779032<br>ESPINOSA | TRUEBA, P.L.<br>1428 Brickell Ave., Suite 100<br>Miami, FL 33131<br>Tel:  305-854-0900<br>E-mail: wtrueba@etlaw.com<br>E-mail: jespinosa@etlaw.com | *Attorneys for Defendants*<br>*Jan Reh and Romowa Electronic*<br>*Tag GmbH (formerly Bag2Go GmbH)* |
| *Attorneys for Plaintiff*<br>*BTG Patent Holdings, LLC* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 6, 2016